FRITO-LAY, INC., Petitioner-Respondent-Petitioner,

v.

WISCONSIN LABOR & INDUSTRY REVIEW COMMISSION,
Respondent,

James LYONS, Appellant.†

Supreme Court

*No. 79–238. Argued February 10, 1981.—Decided March 31, 1981.*

(Also reported in 303 N.W.2d 668.)

For the petitioner there were briefs by *James T. Murray, Jr.,* and *Borgelt, Powell, Peterson & Frauen, S.C.,* of Milwaukee, and oral argument by *Mr. Murray.*

For the appellant there was a brief by *Bruce F. Ehlke* and *Lawton & Cates* of Madison, and oral argument by *Mr. Ehlke.*

Amicus Curiae brief was filed by *Bronson C. La Follette,* attorney general, and *David C. Rice,* assistant attorney general, for the Labor and Industry Review Commission.

PER CURIAM. The court is equally divided on the question of whether to affirm or reverse the decision of the Court of Appeals. Justice Heffernan, Justice Day, and Justice Abrahamson would affirm; Justice Callow,

---

† Motion for reconsideration denied, without costs, on May 4, 1981.

Justice Coffey, and Justice Steinmetz would reverse. Chief Justice Beilfuss did not participate.

Accordingly, the decision of the Court of Appeals is affirmed.